IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.                                          Criminal No. 7:22-CR- 110 (ATB)
                                            Vio:  18 USC § 7, 13
                                            NYVTL § 1192.2, 1192.3

CHRISTIAN M. COTE,
                        Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I

On or about March 05, 2022, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

### CHRISTIAN M. COTE

did operate a motor vehicle while having .08 of one per centum or more by weight of alcohol in her blood as shown by chemical analysis of her breath.

All in violation of Title 18, United States Code, Section 7 and 13 and New York State Vehicle and Traffic Law § 1192.2, Driving While Intoxicated.

### COUNT II

On or about March 05, 2022, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

**CHRISTIAN M. COTE**

did operate a motor vehicle while in an intoxicated condition.

All in violation of Title 18, United States Code, Section 7 and 13 and New York State Vehicle and Traffic Law § 1192.3, Driving While Intoxicated.

CARLA FREEDMAN
United States Attorney

By: _____
M. OLIVER SHAW
Special Assistant U.S. Attorney