**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

    **v.**

**CHRISTIAN M. COTE**

**JUDGMENT IN A CRIMINAL CASE**

**Case Number: 7:22-CR-110 (ATB)**

Zakary Woodruff, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  Guilty as to the lesser included offense of Count 2 of the Information.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE OF:** Driving While Ability Impaired, in violation of Title 18 United States Code, Sections 7 and 13, assimilating Section 1192.1 of the New York State Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** March 5, 2022

**IT IS THE JUDGMENT OF THIS COURT THAT:**  Defendant is ordered to pay a fine of $300.00 and a special assessment of $5.00. The total due of $305.00 is payable within 30 days. Payments shall be made to the Clerk, U.S. District Court, 100 South Clinton Street, Syracuse, NY 13261. Until the amount due is paid in full, defendant shall immediately notify the Court and the United States Attorney for the Northern District of New York of any change in name or address.

**IT IS FURTHER ORDERED** that Count 1of the Information is dismissed upon motion of the United States.

Juner 14, 2022
Date of Imposition of Sentence

July 5, 2022
Date Signed

Andrew T. Baxter
U.S. Magistrate Judge